UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR25-054-KKE |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| CHRISTOPHER RANDALL HAMILTON, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' unopposed Motion for a Final Order of Forfeiture ("Motion") for the following property, which has already been forfeited by Defendant Christopher Randall Hamilton ("Subject Property"):

        a.     one RedMagic 9 Pro cellphone (IMEI numbers 862664061195699 and 862664061184693), seized from his residence in King County, Washington, on or about February 21, 2025.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, as well as the Declaration of AUSA Jehiel I. Baer in Support of Motion for a Final Order of Forfeiture ("Baer Decl."), hereby FINDS entry of a Final Order of Forfeiture is appropriate for these reasons:

1.    The Subject Property is forfeitable pursuant to 18 U.S.C. § 2253(a), as property used to commit or to facilitate the commission of *Possession of Child*

Final Order of Forfeiture - 1
*United States v. Hamilton,* CR25-054-KKE

*Pornography*, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), to which he pled guilty;

2. On December 8, 2025, the Court entered a Preliminary Order of Forfeiture, finding the Subject Property forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting Defendant's interest in it, Dkt. No. 36;

3. On January 12, 2026, the Court entered an Amended Preliminary Order of Forfeiture correcting a scrivener's error in the Preliminary Order of Forfeiture, Dkt. No. 38;

4. Thereafter, as required by 21 U.S.C. § 853(n)(1) and Fed. R. of Crim. P. 32.2(b)(6)(C), the United States published notice of the pending forfeiture (Dkt. No. 39) and provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Baer. Decl. ¶ 2, Exhibit A); and

5. The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

///

///

Final Order of Forfeiture - 2
*United States v. Hamilton,* CR25-054-KKE

3.    The United States Department of Justice, the Federal Bureau of Investigation, and/or its representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this __30th__ day of June, 2026.

Kymberly K. Evanson
United States District Judge

Final Order of Forfeiture - 3
*United States v. Hamilton,* CR25-054-KKE